1  Audra M. Mori (State Bar No. 162850)
   Katherine M. Dugdale (State Bar No. 168014)
2  Jennifer N. Chiarelli (State Bar No. 212253)
   PERKINS COIE LLP
3  1620 26th Street, Sixth Floor – South Tower
   Santa Monica, California  90404
4  Tel: (310) 788-9900; Fax: (310) 788-3399
5  E-mail:  Amori@perkinscoie.com; Kdugdale@perkinscoie.com;
   Jchiarelli@perkinscoie.com
6

7  Attorneys for Plaintiff MICROSOFT CORPORATION

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11  MICROSOFT CORPORATION, a Washington    Case No.    '08 CV 1026 WQH JMA
12  corporation,
                                           COMPLAINT FOR:
13            Plaintiff,
                                           (1) COPYRIGHT INFRINGEMENT;
14      v.                                 (2) FEDERAL TRADEMARK
                                           INFRINGEMENT;
15  ARP COMPUTER SOLUTIONS, INC., a        (3) FALSE DESIGNATION OF ORIGIN,
    California corporation d/b/a COMPUTER   FALSE DESCRIPTION AND FALSE
16  CIRCULATION CENTER; and SALAH          REPRESENTATION;
    SOLTANI, an individual,                (4) COMMON LAW UNFAIR
17                                         COMPETITION;
                                           (5) IMPOSITION OF A CONSTRUCTIVE
18            Defendants.                  TRUST; AND
                                           (6) AN ACCOUNTING
19

20

21                            **COMPLAINT**

22      This is an action by Microsoft Corporation ("Microsoft") to recover damages arising from

23  infringement of Microsoft's copyrights and trademarks in its software by ARP Computer

24  Solutions, Inc., a California corporation doing business as Computer Circulation Center, and Salah

25  Soltani, an individual (collectively "Defendants") and to enjoin Defendants' future infringement.

26  Defendants distributed infringing Microsoft software despite the fact that Microsoft warned them

27  of the unlawful conduct.  Defendants have infringed Microsoft's copyrights and trademarks,

28  violated the Lanham Act by falsely designating the origin of software, and engaged in unfair

41826-5023/LEGAL14349894.1

ORIGINAL

 

1  competition.  Microsoft seeks damages, an accounting, the imposition of a constructive trust upon

2  Defendants' illegal profits, and injunctive relief.

**THE PARTIES**

4        1.     Microsoft is a Washington corporation with its principal place of business located

5  at One Microsoft Way, Redmond, Washington.  Microsoft develops, markets, distributes and

6  licenses computer software.

7        2.     Upon information and belief, defendant ARP Computer Solutions, Inc. is a

8  California corporation doing business as Computer Circulation Center in San Diego, California

9  ("Computer Circulation Center").  Upon information and belief, Computer Circulation Center is

10  engaged in the advertising, marketing, and distribution of computer hardware and software,

11  including purported Microsoft software.

12        3.     Upon information and belief, defendant Salah Soltani is an officer, director and/or

13  principle and/or owns, operates and/or otherwise controls Computer Circulation Center.  Upon

14  information and belief, Salah Soltani (a) personally participated in and/or had the right and ability

15  to direct and control the wrongful conduct alleged in this Complaint, and (b) derived direct

16  financial benefit from that wrongful conduct.  Upon information and belief, Salah Soltani resides

17  and transacts substantial business in this district.

**JURISDICTION AND VENUE**

19        4.     This Court has subject matter jurisdiction over Microsoft's claims for trademark

20  infringement, copyright infringement and related claims pursuant to 15 U.S.C. § 1121, 17 U.S.C. §

21  501, 28 U.S.C. §§ 1331 and 1338(a).

22        5.     This Court has supplemental jurisdiction over Microsoft's claims arising under the

23  laws of the State of California pursuant to 28 U.S.C. § 1367(a) because these claims are so related

24  to Microsoft's claims under federal law that they form part of the same case or controversy and

25  derive from a common nucleus of operative fact.

26        6.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and

27  § 1400(a) because (a) the acts of infringement and other wrongful conduct alleged occurred in the

28  Southern District of California; (b) the Defendants may be found in the Southern District of

2

COMPLAINT



1  California; and (c) Defendants have a sufficient connection with the Southern District of

2  California to make venue proper in this district, all as alleged in this Complaint.

3  **FACTS COMMON TO ALL CLAIMS**

4       7.     Microsoft develops, advertises, markets, distributes, and licenses a number of

5  computer software programs.  Microsoft's software programs are recorded on magnetic diskettes

6  and/or CD-ROMs, and they are packaged and distributed together with associated proprietary

7  materials such as user's guides, user's manuals, end user license agreements, certificates of

8  authenticity, and other related components.

9       8.     <u>Microsoft Office 2003 Professional</u>:  Microsoft Office 2003 Professional ("Office

10  2003 Pro") is a suite of popular Microsoft software programs.  Microsoft holds a valid copyright

11  in Office 2003 Pro (including user's reference manuals, user's guides, and screen displays) that

12  was duly and properly registered with the United States Copyright Office.  A true and correct copy

13  of the Registration Certificate for Microsoft Office 2003 Pro, bearing the number TX-5-837-617,

14  is attached hereto as Exhibit 1 and is incorporated by reference.  Office 2003 Pro includes the

15  following popular Microsoft software programs:

16       A.     <u>Microsoft Office Excel 2003</u>, a program that allows users to create

17  spreadsheets, perform calculations, and store numerical data.  Microsoft holds a valid copyright in

18  Microsoft Office Excel 2003 (including user's reference manuals, user's guides, and screen

19  displays) that was duly and properly registered with the United States Copyright Office.  A true

20  and correct copy of the Copyright Registration Certificate for Microsoft Office Excel 2003,

21  bearing the number TX 5-837-636, is attached hereto as Exhibit 2 and is incorporated by

22  reference.

23       B.     <u>Microsoft Office Outlook 2003</u>, a program that allows users and networked

24  teams to create and manage calendars, tasks, and contacts.  Microsoft holds a valid copyright in

25  Microsoft Office Outlook 2003 (including user's reference manuals, user's guides, and screen

26  displays) that was duly and properly registered with the United States Copyright Office.  A true

27  and correct copy of the Copyright Registration Certificate for Microsoft Office Outlook 2003,

28

3

COMPLAINT



1  bearing the number TX 5-900-087, is attached hereto as Exhibit 3 and is incorporated by

2  reference.

3         C.    Microsoft Office PowerPoint 2003, a program that allows users to create,

4  organize, and present overhead and slide presentations.  Microsoft holds a valid copyright in

5  Microsoft Office PowerPoint 2003 (including user's reference manuals, user's guides, and screen

6  displays) that was duly and properly registered with the United States Copyright Office.  A true

7  and correct copy of the Copyright Registration Certificate for Microsoft Office PowerPoint 2003,

8  bearing the number TX 5-852-649, is attached hereto as Exhibit 4 and is incorporated by

9  reference.

10         D.    Microsoft Office Word 2003, a program that allows users to create and edit

11  reports and documents.  Microsoft holds a valid copyright in Microsoft Office Word 2003

12  (including user's reference manuals, user's guides, and screen displays) that was duly and properly

13  registered with the United States Copyright Office.  A true and correct copy of the Copyright

14  Registration Certificate for Microsoft Office Word 2003, bearing the number TX 5-900-088, is

15  attached hereto as Exhibit 5 and is incorporated by reference.

16         E.    Microsoft Publisher 2003, a desktop publishing program that allows users to

17  create, customize, and publish materials such as newsletters, brochures, flyers, catalogs, and Web

18  sites.  Microsoft holds a valid copyright in Microsoft Publisher 2003 (including user's reference

19  manuals, user's guides, and screen displays) that was duly and properly registered with the United

20  States Copyright Office.  A true and correct copy of the Copyright Registration Certificate for

21  Microsoft Publisher 2003, bearing the number TX 5-837-618, is attached hereto as Exhibit 6 and

22  is incorporated by reference.

23         F.    Microsoft Business Contact Manager for Office Outlook 2003, a program

24  which manages customer relationships.  Microsoft holds a valid copyright in Business Contact

25  Manager for Office Outlook 2003 (including user's reference manuals, user's guides, and screen

26  displays) that was duly and properly registered with the United States Copyright Office.  A true

27  and correct copy of the Copyright Registration Certificate for Business Contact Manager for

28

4

COMPLAINT

1    Office Outlook 2003, bearing the number TX 5-877-513, is attached hereto as Exhibit 7 and is

2    incorporated by reference.

3           G.    Microsoft Office Access 2003, a program that allows users to create and

4    manipulate databases and store data. Microsoft holds a valid copyright in Microsoft Office Access

5    2003 (including user's reference manuals, user's guides, and screen displays) that was duly and

6    properly registered with the United States Copyright Office. A true and correct copy of the

7    Copyright Registration Certificate for Microsoft Office Access 2003, bearing the number TX 5-

8    901-713, is attached hereto as Exhibit 8 and is incorporated by reference.

9        9.    Microsoft has also duly and properly registered a number of trademarks and a

10   service mark in the United States Patent and Trademark Office on the Principal Register,

11   including, but not limited to:

12           A.    "MICROSOFT," Trademark and Service Mark Registration No.

13                 1,200,236, for computer programs and computer programming

14                 services;

15           B.    "MICROSOFT," Trademark Registration No. 1,256,083, for

16                 computer hardware and software manuals, newsletters, and computer

17                 documentation;

18           C.    "POWERPOINT," Trademark Registration No. 1,475,795, for pre-

19                 recorded computer programs recorded on magnetic disks;

20           D.    "MICROSOFT ACCESS," Trademark Registration No.

21                 1,741,086, for computer programs for use with databases and

22                 manuals sold as a unit;

23           E.    "OUTLOOK," Trademark Registration No. 2,188,125, for

24                 computers programs, specifically programs providing enhanced

25                 electronic mail and scheduling capabilities and instructional manuals sold as

26                 a unit; and

27           F.    COLOR FOUR SQUARE LOGO, Trademark Registration No.

28                 2,999,281, for computer software, including application and business

5

COMPLAINT

 

1  software for use in word processing, spreadsheets, presentation graphics, e-

2  mail, and scheduling;

3       True and correct copies of the Trademark Registrations for A through F above are attached

4  hereto as Exhibits 9 through 14, respectively, and are incorporated herein by reference.

5  **Defendants' Infringement**

6       10.     Defendants are engaged in the advertising, marketing, and distribution of computer

7  hardware and software, including software covered by Microsoft's registered copyrights and

8  bearing Microsoft's registered trademarks or imitations thereof.

9       11.     By means including a letter dated April 11, 2001, Microsoft notified Defendants

10  that it had received reports that Defendants were distributing infringing Microsoft software, and

11  that such conduct constitutes an infringement of Microsoft's intellectual property rights.

12       12.     Nevertheless, on or about May 9, 2008, Defendants distributed to an investigator

13  computer systems with infringing Office 2003 Pro software.

14       13.     On information and belief, this is not an isolated incident.  Rather, Defendants have

15  been and continue to be involved in advertising, marketing, installing and/or distributing

16  infringing copies of Microsoft's software to unidentified persons or entities.  On information and

17  belief, Defendants' distributions of purported Microsoft software are the result of Defendants'

18  advertising and marketing the availability of such materials.

19       14.     On information and belief, Defendants' wrongful conduct includes the advertising,

20  marketing, installing, and/or distribution of "infringing materials," specifically reproductions,

21  copies, or colorable imitations of the Microsoft copyrighted software and/or the Microsoft

22  trademarks, logos, and service mark described in this Complaint.

23       15.     On information and belief, Defendants have committed and are continuing to

24  commit acts of copyright and trademark infringement against Microsoft.  On information and

25  belief, at a minimum, Defendants were willfully blind and acted in reckless disregard of

26  Microsoft's registered copyrights and marks.

27       16.     On information and belief, by their advertising activities and unauthorized use of

28  Microsoft's marks to describe the items that they are distributing, Defendants have

6

COMPLAINT

 

1  misappropriated Microsoft's advertising ideas and style of doing business and have infringed

2  Microsoft's copyrights, titles, and slogans.

3       17.    On information and belief, the injuries and damages that Microsoft has sustained

4  have been directly and proximately caused by Defendants' wrongful misappropriation of

5  Microsoft's advertising ideas and style of doing business and infringement of Microsoft's

6  copyrights, titles, and slogans.

7  **First Claim**

8  **[Copyright Infringement -- 17 U.S.C. § 501, et seq.]**

9  **Against Defendants**

10       18.    Microsoft realleges, and incorporates by this reference, each and every allegation

11  set forth in paragraphs 1 through 17, inclusive.

12       19.    Microsoft is the sole owner of Microsoft Office 2003 Pro, Office Excel 2003,

13  Office Outlook 2003, Office PowerPoint 2003, Office Word 2003, Publisher 2003, Business

14  Contact Manager for Office Outlook 2003 and Office Access 2003, and the corresponding

15  Certificates of Registration.

16       20.    Defendants have infringed the copyrights in Microsoft's software, including but not

17  limited to Microsoft Office 2003 Pro, Office Excel 2003, Office Outlook 2003, Office PowerPoint

18  2003, Office Word 2003, Publisher 2003, Business Contact Manager for Office Outlook 2003 and

19  Office Access 2003, by distributing infringing materials in the United States of America without

20  approval or authorization from Microsoft.

21       21.    Defendants' conduct has been willful within the meaning of the Copyright Act.  At

22  a minimum, Defendants acted with willful blindness to and in reckless disregard of Microsoft's

23  registered copyrights.

24       22.    As a result of the wrongful conduct, Defendants are liable to Microsoft for

25  copyright infringement.  17 U.S.C. § 501.  Microsoft has suffered damages.  Microsoft has

26  suffered, and will continue to suffer, substantial losses, including, but not limited to, damage to its

27  business reputation and goodwill.  Microsoft is entitled to recover damages, which include its

28

7

COMPLAINT

1  losses and any and all profits Defendants have made as a result of their wrongful conduct. 17

2  U.S.C. § 504. Alternatively, Microsoft is entitled to statutory damages under 17 U.S.C. § 504(c).

3       23.    In addition, because Defendants' infringement has been willful within the meaning

4  of the Copyright Act, the award of statutory damages should be enhanced in accordance with 17

5  U.S.C. § 504(c)(2).

6       24.    Microsoft is also entitled to injunctive relief pursuant to 17 U.S.C. § 502 and to an

7  order impounding any and all infringing materials pursuant to 17 U.S.C. § 503. Microsoft has no

8  adequate remedy at law for Defendants' wrongful conduct because, among other things, (a)

9  Microsoft's copyrights are unique and valuable property which have no readily determinable

10  market value, (b) Defendants' infringement harms Microsoft's business reputation and goodwill

11  such that Microsoft could not be made whole by any monetary award, and (c) Defendants'

12  wrongful conduct, and the resulting damage to Microsoft, is continuing.

13       25.    Microsoft is also entitled to recover its attorneys' fees and costs of suit. 17 U.S.C.

14  § 505.

15                         **Second Claim**

16          **[Federal Trademark Infringement – 15 U.S.C. § 1114]**

17                    **Against Defendants**

18       26.    Microsoft realleges, and incorporates by this reference, each and every allegation

19  set forth in paragraphs 1 through 25, inclusive.

20       27.    Defendants' activities constitute infringement of Microsoft's federally registered

21  trademarks and service mark in violation of the Lanham Trademark Act, including but not limited

22  to 15 U.S.C. § 1114(1).

23       28.    Because Microsoft has marketed, advertised, promoted, distributed, and licensed its

24  software under the trademarks and service mark described in this Complaint, these trademarks and

25  service mark are the means by which Microsoft's software is distinguished from those of others in

26  the same field or related fields.

27

28

COMPLAINT

41826-5023/LEGAL14349894.1

 

29. Because of Microsoft's long, continuous, and exclusive use of these trademarks and service mark, they have come to mean, and are understood by customers, end users, and the public to signify software of Microsoft.

30. The infringing materials that Defendants have and are continuing to use, market, offer, or distribute are likely to cause confusion, mistake, or deception as to their source, origin, or authenticity.

31. Further, Defendants' activities are likely to lead the public to conclude, incorrectly, that the infringing materials that Defendants are using, advertising, marketing, offering, or distributing originate with or are authorized by Microsoft, to the damage and harm of Microsoft, its licensees, and the public.

32. Upon information and belief, Defendants used, advertised, marketed, offered or distributed infringing material with the willful and calculated purposes of misleading, deceiving, or confusing customers and the public as to the origin and authenticity of the infringing materials and of trading upon Microsoft's goodwill and business reputation.

33. Defendants' conduct has been willful within the meaning of the Lanham Act. At a minimum, Defendants acted with willful blindness to and in reckless disregard of Microsoft's registered marks.

34. As a result of their wrongful conduct, Defendants are liable to Microsoft for trademark infringement. 15 U.S.C. § 1114(1). Microsoft has suffered, and will continue to suffer, substantial losses, including, but not limited to, damage to its business reputation and goodwill. Microsoft is entitled to recover damages, which include its losses, and any and all profits Defendants have made as a result of their wrongful conduct. 15 U.S.C. § 1117(a). Alternatively, Microsoft is entitled to statutory damages under 15 U.S.C. § 1117(c).

35. In addition, because Defendants' infringement of Microsoft's trademarks and service mark was willful, the award of actual damages and profits should be trebled pursuant to 15 U.S.C. §1117(b). Alternatively, the award of statutory damages should be enhanced in accordance with 15 U.S.C. § 1117(c)(2).

COMPLAINT

41826-5023/LEGAL14349894.1



1    36.    Microsoft is also entitled to injunctive relief pursuant to 15 U.S.C. § 1116(a) and to

2    an order compelling the impounding of all infringing materials being used, offered, marketed, or

3    distributed by Defendants pursuant to 15 U.S.C. § 1116, subsections (a) and (d)(1)(A), and

4    pursuant to 28 U.S.C. § 1651. Microsoft has no adequate remedy at law for Defendants' wrongful

5    conduct because, among other things, (a) Microsoft's trademarks and service mark are unique and

6    valuable property which have no readily determinable market value, (b) Defendants' infringement

7    constitutes harm to Microsoft's business reputation and goodwill such that Microsoft could not be

8    made whole by any monetary award, (c) if Defendants' wrongful conduct is allowed to continue,

9    the public is likely to become further confused, mistaken, or deceived as to the source, origin or

10    authenticity of the infringing materials, and (d) Defendants' wrongful conduct, and the resulting

11    damage to Microsoft, is continuing.

12    37.    Microsoft is also entitled to recover its attorneys' fees and costs of suit. 15 U.S.C.

13    § 1117.

14    ### Third Claim

15    **[False Designation Of Origin, False Description And
Representation Of Microsoft Packaging--15 U.S.C. § 1125 et seq.]
Against Defendants**

16

17    38.    Microsoft realleges, and incorporates by this reference, each and every allegation

18    set forth in paragraphs 1 through 37, inclusive.

19    39.    Microsoft has designed distinctive and aesthetically pleasing displays, logos, icons,

20    graphic images, and packaging (collectively, "Microsoft visual designs") for its software.

21    40.    Defendants' wrongful conduct includes the use, advertising, marketing, offering, or

22    distribution of "imitation visual designs," specifically displays, logos, icons, graphic designs,

23    and/or packaging virtually indistinguishable from Microsoft visual designs. Defendants' use,

24    advertising, marketing, offering, or distribution of imitation visual designs constitutes (a) false

25    designation of origin, (b) false description, and (c) false representation that the imitation visual

26    images originate from or are authorized by Microsoft, all in violation of § 43(a) of the Lanham

27    Trademark Act, set forth at 15 U.S.C. § 1125(a).

28

10

COMPLAINT

 

41.     Upon information and belief, Defendants used, advertised, marketed, offered, or distributed imitation visual designs with the willful and calculated purposes of misleading, deceiving, or confusing customers and the public as to the origin and authenticity of the imitation visual designs and of trading upon Microsoft's goodwill and business reputation.

42.     Defendants' use, advertising, marketing, offering, and distribution of imitation visual designs are likely to continue unless restrained and enjoined.

43.     As a result of Defendants' use, marketing, offering, and distribution of imitation visual designs, Microsoft has suffered and will continue to suffer damage and losses, including, but not limited to, irreparable injury to its business reputation and goodwill.  Microsoft is entitled to injunctive relief and to an order compelling the impounding of all imitation visual designs being used, offered, marketed, or distributed by Defendants.  Microsoft has no adequate remedy at law for Defendants' wrongful conduct because, among other things, (a) Microsoft's visual designs are unique and valuable property which have no readily determinable market value, (b) Defendants' use, marketing, or distribution of imitation visual designs constitutes harm to Microsoft's business reputation and goodwill such that Microsoft could not be made whole by any monetary award, and (c) Defendants' wrongful conduct, and the resulting damage to Microsoft, is continuing.

### Fourth Claim

### [California Common Law Unfair Competition]
### Against Defendants

44.     Microsoft realleges, and incorporates by this reference, each and every allegation set forth in paragraphs 1 through 43, inclusive.

45.     The acts and conduct of Defendants as alleged above in this Complaint constitute unfair competition pursuant to the common law of California.

46.     Defendants' acts and conduct are likely to confuse the public into believing that the items being offered or distributed by Defendants are sponsored, approved or authorized by Microsoft in violation of Microsoft's rights under the common law of unfair competition of the State of California.

11

COMPLAINT

41826-5023/LEGAL14349894.1

47.    Defendants' acts and conduct as alleged above have damaged and will continue to damage Microsoft's goodwill and reputation and have resulted in losses to Microsoft and an illicit gain of profit to Defendants in an amount unknown at the present time.

### Fifth Claim

**[For Imposition Of A Constructive Trust Upon The
Illegal Profits Of All Defendants]
Against Defendants**

48.    Microsoft realleges, and incorporates by this reference, each and every allegation set forth in paragraphs 1 through 47, inclusive.

49.    Defendants' conduct constitutes deceptive, fraudulent, and wrongful conduct in the nature of passing off the infringing materials as genuine Microsoft software or related components approved or authorized by Microsoft.

50.    By virtue of their wrongful conduct, Defendants have illegally received money and profits that rightfully belong to Microsoft.

51.    Upon information and belief, Defendants hold the illegally received money and profits in the form of bank accounts, real property, or personal property that can be located and traced.

52.    Defendants hold the money and profits they have illegally received as constructive trustees for the benefit of Microsoft.

### Sixth Claim

**[Accounting]
Against Defendants**

53.    Microsoft realleges, and incorporates by this reference, each and every allegation set forth in paragraphs 1 through 54, inclusive.

54.    Microsoft is entitled, pursuant to 17 U.S.C. § 504 and 15 U.S.C. § 1117, to recover any and all profits of Defendants that are attributable to their acts of infringement.

55.    Microsoft is entitled, pursuant to 17 U.S.C. § 504 and 15 U.S.C. § 1117, to actual damages or statutory damages sustained by virtue of Defendants' acts of infringement.

41826-5023/LEGAL14349894.1

56. The amount of money due from Defendants to Microsoft is unknown to Microsoft and cannot be ascertained without a detailed accounting by Defendants of the precise number of units of infringing material offered for distribution and distributed by Defendants.

## **PRAYER**

WHEREFORE, Microsoft respectfully requests judgment against the Defendants as follows:

(1) That the Court enter a judgment against Defendants as indicated below:

    (a) that Defendants have willfully infringed Microsoft's rights in the following federally registered copyrights under 17 U.S.C. § 501:

        (1) TX 5-837-617 ("Office 2003 Professional");

        (2) TX 5-837-636 ("Office Excel 2003");

        (3) TX 5-900-087 ("Office Outlook 2003");

        (4) TX 5-852-649 ("Office PowerPoint 2003");

        (5) TX 5-900-088 ("Office Word 2003");

        (6) TX 5-837-618 ("Publisher 2003");

        (7) TX 5-877-513 ("Business Contact Manager for Office Outlook 2003"); and

        (8) TX 5-901-713 ("Office Access 2003");

    (b) that Defendants have willfully infringed Microsoft's rights in the following federally registered trademarks and service mark under 15 U.S.C. § 1114:

        (1) 1,200,236 ("MICROSOFT");

        (2) 1,256,083 ("MICROSOFT");

        (3) 1,475,795 ("POWERPOINT");

        (4) 1,741,086 ("MICROSOFT ACCESS");

        (5) 2,188,125 ("OUTLOOK");

        (6) 2,999,281 (COLOR FOUR SQUARE LOGO);

COMPLAINT

1          (c)    that Defendants have committed and are committing acts of false

2    designation of origin, false or misleading description of fact, and false or misleading

3    representation against Microsoft as defined in 15 U.S.C. § 1125(a);

4          (d)    that Defendants have engaged in unfair competition in violation of the

5    common law of the State of California; and

6          (e)    that Defendants have otherwise injured the business reputation and business

7    of Microsoft by Defendants' acts and conduct set forth in this Complaint.

8    (2)    That the Court issue injunctive relief against Defendants, and that Defendants, their

9    principals, directors, officers, agents, representatives, servants, employees, attorneys, successors

10   and assigns, and all others in active concert or participation with Defendants, be enjoined and

11   restrained from:

12         (a)    imitating, copying, or making any other infringing use or infringing

13   distribution of software programs, components, and/or items protected by Microsoft's registered

14   trademarks and service mark, including, but not limited to, the following Trademark Registration

15   Nos.:

16                    (1)    1,200,236 ("MICROSOFT");

17                    (2)    1,256,083 ("MICROSOFT");

18                    (3)    1,475,795 ("POWERPOINT");

19                    (4)    1,741,086 ("MICROSOFT ACCESS");

20                    (5)    2,188,125 ("OUTLOOK");

21                    (6)    2,999,281 (COLOR FOUR SQUARE LOGO);

22   or the software and/or related components protected by the following Certificate of Copyright

23   Registration Nos.:

24                    (1)    TX 5-837-617 ("Office 2003 Professional");

25                    (2)    TX 5-837-636 ("Office Excel 2003");

26                    (3)    TX 5-900-087 ("Office Outlook 2003");

27                    (4)    TX 5-852-649 ("Office PowerPoint 2003");

28                    (5)    TX 5-900-088 ("Office Word 2003");

14

COMPLAINT

 

(6) TX 5-837-618 ("Publisher 2003");

(7) TX 5-877-513 ("Business Contact Manager for Office Outlook 2003"); and

(8) TX 5-901-713 ("Office Access 2003");

and any other works now or hereafter protected by any Microsoft trademark or copyright;

(b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component and/or item bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks, service mark, or copyrights, including, but not limited to, the Trademark, Service Mark, and Copyright Registration Numbers listed in Section (2)(a) above;

(c) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks, service mark, or copyright including, but not limited to, the Trademark, Service Mark, and Copyright Registration Numbers listed in Section (2)(a) above, in connection with the manufacture, assembly, production, distribution, offering for distribution, circulation, sale, offering for sale, import, advertisement, promotion, or display of any software program, component, and/or item not authorized or licensed by Microsoft;

(d) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals, erroneously to believe that any software program, component, and/or item has been manufactured, assembled, produced, distributed, offered for distribution, circulation, sold, offered for sale, imported, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

(e) engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights; and

(f) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (e) above.

15

COMPLAINT



1    (3)    That the Court enter an order declaring that Defendants hold in trust, as

2  constructive trustees for the benefit of Microsoft, their illegal profits obtained from their

3  distribution of infringing copies of Microsoft's software, and requiring Defendants to provide

4  Microsoft a full and complete accounting of all amounts due and owing to Microsoft as a result of

5  Defendants' illegal activities.

6    (4)    That the Court order Defendants to pay Microsoft's damages as follows:

7        (a)    Microsoft's damages and Defendants' profits pursuant to 17 U.S.C.

8            § 504(b), or in the alternative, enhanced statutory damages pursuant to

9            17 U.S.C. § 504(c)(2), for Defendants' willful infringement of Microsoft's

10            copyrights;

11        (b)    Microsoft's damages and Defendants' profits pursuant to 15 U.S.C.

12            § 1117(a), trebled pursuant to 15 U.S.C. § 1117(b) for Defendants' willful

13            violation of Microsoft's registered trademarks and service mark, or in the

14            alternative statutory damages pursuant to 15 U.S.C. § 1117(c) for each

15            counterfeit mark; and

16        (c)    Microsoft's damages and Defendants' profits pursuant to California

17            common law;

18    (5)    That the Court order Defendants to pay to Microsoft both the costs of this action

19  and the reasonable attorneys' fees incurred by it in prosecuting this action; and

20    (6)    That the Court grant to Microsoft such other and additional relief as is just and

21  proper.

22    DATED: June 9, 2008.

23

24                    PERKINS COIE LLP

25            By _____

26                    Katherine M. Dugdale
                    Attorneys for Plaintiff
27                    MICROSOFT CORPORATION

28

16

COMPLAINT



# INDEX OF EXHIBITS

| Exhibit | Description | Page(s) |
|---|---|---|
| 1 | Microsoft's Certificate of Registration for Microsoft Professional Edition 2003 November 9, 2003 | 17 |
| 2 | Microsoft's Certificate of Registration for Microsoft Excel 2003 dated December 9, 2003 | 19 |
| 3 | Microsoft's Certificate of Registration for Microsoft  Outlook 2003 dated January 9, 2004 | 21 |
| 4 | Microsoft's Certificate of Registration for Microsoft PowerPoint 2003 dated December 9, 2003 | 23 |
| 5 | Microsoft's Certificate of Registration for Microsoft Word 2003dated January 9, 2004 | 25 |
| 6 | Microsoft's Certificate of Registration for Microsoft Publisher 2003 dated December 1, 2003 | 27 |
| 7 | Microsoft's Certificate of Registration for Microsoft Business Contact Manager for Microsoft Office Outlook 2003 dated January 16, 2004 | 29 |
| 8 | Microsoft's Certificate of Registration for Microsoft Access dated March 20, 2004 | 31 |
| 9 | Registration of Trademark Service Mark for "Microsoft" | 33 |
| 10 | Registration of Trademark for "Microsoft" | 34 |
| 11 | Microsoft's Certificate of Registration for Trademark Powerpoint | 35 |
| 12 | Microsoft's Certificate of Registration for Trademark Microsoft Access | 36 |
| 13 | Microsoft's Certificate of Registration for Trademark Outlook | 37 |
| 14 | Microsoft's Certificate of Registration for Color Four Square Logo | 38 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 1**

 

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-837-617

**EFFECTIVE DATE OF REGISTRATION**

12    9    03

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

**TITLE OF THIS WORK ▼**
Microsoft Office Professional Edition 2003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give    **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**2**

**a**

**NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work - computer software program, documentation & text on product packaging

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003  ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month October    Day 21    Year 2003
Nation U.S.A.    ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼ Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
DEC 0 9 2003
ONE DEPOSIT RECEIVED

**TWO DEPOSITS RECEIVED**
DEC 0 9 2003
FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

**EXHIBIT** 1
17




| EXAMINED BY | | FORM TX |
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes" give: Previous Registration Number ▼   Year of Registration ▼

TX 5-328-272   2001

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**  Previous version & files copyrighted by various third parties

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**  Additional programming text, additional written text, and editorial revisions

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼

**a**  Microsoft Corporation   Account Number ▼   DA063819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

**b**  Microsoft Corporation, ATTN Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706-9104   Fax number ▶ (425) 936-7329

Email ▶ judywe@microsoft.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Microsoft Corporation

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K K Weston   Date ▶ 12.4.03

Handwritten signature (X) ▼

X _Judy K K Weston_

**8**

**Mail certificate to**

Name ▼  Microsoft Corporation, ATTN Judy Weston
Law and Corporate Affairs

Number/Street/Apt ▼  One Microsoft Way

City/State/ZIP ▼  Redmond, WA 98052

Certificate will be mailed in window envelope

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1999—60,000   ☺ Printed on recycled paper   ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/48,803

**EXHIBIT** 1
18



# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**OFFICIAL SEAL**

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-837-535

EFFECTIVE DATE OF REGISTRATION

12    9    03
Mo    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**TITLE OF THIS WORK ▼**
Microsoft Office Excel 2003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2
**a**
**NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work - computer software program, documentation & text on product packaging

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3
**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003 ◀ Year

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month October    Day 21    Year 2003
Nation U.S.A. ◀ Nation

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 1. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
DEC 0 9 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 0 9 2003
FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

**EXHIBIT** 2
19




EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes   ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

TX 5-315-231                                    2001

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a   Previous version is was copyrighted by various third parties

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b   Additional programming text, additional written text, and editorial revisions

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                          Account Number ▼

a   Microsoft Corporation                       DA053819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

b   Microsoft Corporation, ATTN: Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706-9104        Fax number ▶ (425) 936-7329

Email ▶ judywe@microsoft.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Microsoft Corporation
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K.K. Weston                                 Date ▶ 12.4.03

Handwritten signature (X) ▼
X

**8**

**Mail
certificate
to:**

Name ▼
Microsoft Corporation, ATTN: Judy Weston
Law and Corporate Affairs

Number/Street/Apt ▼
One Microsoft Way

City/State/ZIP ▼
Redmond, WA 98052

Certificate
will be
mailed in
window
envelope

**9**

EXHIBIT  2
20

**EXHIBIT  3**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Register of Copyrights, United States of America

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

TX 5-900-057

EFFECTIVE DATE OF REGISTRATION
**JAN 09 2004**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**
Microsoft Office Outlook 2003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of _____
☐ Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work - computer software program, documentation & text on product packaging.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of _____
☐ Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of _____
☐ Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given 2003

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month October  Day  Year 2003  Nation U.S.A.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

APPLICATION RECEIVED
JAN 09 2004

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 09 2004

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.    DO NOT WRITE HERE
• See detailed instructions.    • Sign the form at line 8.    Page 1 of ___ pages

**EXHIBIT 3**
21

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX 5-391-122    Year of Registration ▼ 2001

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Previous version & text copyrighted by various third parties

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Additional programming text, additional written text, and editorial revisions

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Microsoft Corporation    Account Number ▼ DA083919

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼
Microsoft Corporation, ATTN: Judy Weston
One Microsoft Way
Redmond, WA 98052
Area code and daytime telephone number ▶ (425) 706-9104    Fax number ▶ (425) 936-7329
Email ▶ judywe@microsoft.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Microsoft Corporation
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Judy K.K. Weston    Date ▶ 1-07-04

[signature]

Certificate
will be
mailed in
window
envelope

Name ▼ Microsoft Corporation, ATTN: Judy Weston
Law and Corporate Affairs
Number/Street ▼ One Microsoft Way
City/State/ZIP ▼ Redmond, WA 98052

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1996—20,000    ⊕ byproductsonrecycled    ☆U.S. GOVERNMENT PRINTING OFFICE 1996-434-879/61,028

**EXHIBIT** 3
22





## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-852-649**

EFFECTIVE DATE OF REGISTRATION

12 9 03

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

Microsoft Office PowerPoint 2003

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2** NAME OF AUTHOR ▼    DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

**a** Microsoft Corporation

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work - computer software program, documentation & text on product packaging

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼    DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

**b**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

NAME OF AUTHOR ▼    DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

**c**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED    2003

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month October  Day 21  Year 2003
U.S.A.

**4** COPYRIGHT CLAIMANT(S)
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

TRANSFER

APPLICATION RECEIVED  DEC 15 2003
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED  DEC 09 2003
FUNDS RECEIVED

MORE ON BACK ▶    DO NOT WRITE HERE

Page 1 of 1 pages

**EXHIBIT**  4
23



EXHIBIT   4
24

**EXHIBIT 5**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-900-888

EFFECTIVE DATE OF REGISTRATION
**JAN 09 2004**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**
Microsoft Office Word 2003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

**NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?   **AUTHOR'S NATIONALITY OR DOMICILE**   **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
☐ Yes   OR { Citizen of ▶ _____   Anonymous?   ☐ Yes   ☐ No
☐ No        { Domiciled in ▶ _____   Pseudonymous?   ☐ Yes   ☐ No

**NOTE**

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work: computer software program, documentation & text on product packaging

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?   **AUTHOR'S NATIONALITY OR DOMICILE**   **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
☐ Yes   OR { Citizen of ▶ _____   Anonymous?   ☐ Yes   ☐ No
☐ No        { Domiciled in ▶ _____   Pseudonymous?   ☐ Yes   ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?   **AUTHOR'S NATIONALITY OR DOMICILE**   **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
☐ Yes   OR { Citizen of ▶ _____   Anonymous?   ☐ Yes   ☐ No
☐ No        { Domiciled in ▶ _____   Pseudonymous?   ☐ Yes   ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
2003   Month ▶   Day ▶   Year ▶ 2003   Nation ▶ U.S.A.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation,
Law and Corporate Affairs
One Microsoft Way
Redmond WA 98052

APPLICATION RECEIVED
**JAN 09 2004**
ONE DEPOSIT RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

TWO DEPOSITS RECEIVED
**JAN 09 2004**
FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

**EXHIBIT** 5
25



**EXHIBIT** 5
26

**EXHIBIT 6**



## CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-837-818**

**EFFECTIVE DATE OF REGISTRATION**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
Microsoft Publisher 2003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

**2**

**a**   **NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work - computer software program, documentation & text on product packaging

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003   ◀ Year

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month **October**   Day **21**   Year **2003**
**USA**   ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**ONE DEPOSIT RECEIVED**
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

**EXHIBIT** 6
27



**EXHIBIT**  6
28



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG: **TX 5-877-613**

EFFECTIVE DATE OF REGISTRATION

Jan 16 2004

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**
Business Contact Manager for Microsoft Office Outlook 2003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work - computer software program & documentation

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information
2003    must be given    ◄ Year in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information    Month ▶ October    Day ▶ 21    Year ▶ 2003
ONLY if this work has been published.    Nation ▶ U.S.A.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond WA 98052

**APPLICATION RECEIVED**
JAN 15 2004
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
JAN 15 2004
**FUNDS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**EXHIBIT** 7
29

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Files copyrighted by various third parties

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼        **Account Number** ▼

Microsoft Corporation        DA063819

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Microsoft Corporation, ATTN: Judy Weston

One Microsoft Way

Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706-9104        Fax number ▶ (425) 936-7329

Email ▶ judywe@microsoft.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Microsoft Corporation
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K.K. Weston        Date ▶ 1·13·04

Handwritten signature (X) ▼

X _____

The filing fee of $30.00 is effective through June 30, 1999. After that date, please write the Copyright Office, check the Copyright Office Website at https://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.

| Mail<br>certificate<br>to: | **Name** ▼ | |
|---|---|---|
| | Microsoft Corporation, ATTN: Judy Weston<br>Law and Corporate Affairs | |
| Certificate<br>will be<br>mailed in<br>window<br>envelope | **Number/Street/Apt** ▼<br>One Microsoft Way | |
| | **City/State/ZIP** ▼<br>Redmond, WA 98052 | |

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1998—50,000        ⊕ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1998-454-879/80,059

**EXHIBIT 7**
30

**EXHIBIT 8**



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 5-901-713**

EFFECTIVE DATE OF REGISTRATION

**3    20    04**
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

**TITLE OF THIS WORK ▼**
Microsoft Office Access 2003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a**

**NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?    ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work: computer software program, documentation & text on product packaging

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003 ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month October    Day 21    Year 2003
Nation USA

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond WA 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 20 2004

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 20 2004

FUNDS RECEIVED

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

**EXHIBIT** 8
31

EXAMINED BY ✓ JS                                    FORM TX

CHECKED BY

☐ CORRESPONDENCE                                    FOR
  Yes                                               COPYRIGHT
                                                    OFFICE
                                                    USE
                                                    ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes · ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼  TX 5 321 421      **Year of Registration** ▼ 2001

**5**

**DERIVATIVE WORK OR COMPILATION**

**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
  Previous version & files copyrighted by various third parties

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
  Additional programming text, additional written text, and editorial revisions

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**a** Name ▼  Microsoft Corporation          Account Number ▼  DA063519

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
  Microsoft Corporation  ATTN  Judy Weston
  One Microsoft Way
  Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706 9104          Fax number ▶ (425) 936-7329

Email ▶ judywe@microsoft.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                          Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Microsoft Corporation
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K K Weston                                    Date ▶ March 4 2004

☞ X _____

**8**

**Mail certificate to**

Name ▼  Microsoft Corporation  ATTN  Judy Weston
        Law and Corporate Affairs

**Certificate will be mailed in window envelope**

Number/Street/Apt ▼  One Microsoft Way

City/State/ZIP ▼  Redmond  WA 98052

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1999—80,000          ☼ PRINTED ON RECYCLED PAPER          ✩U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/60 050

EXHIBIT  8
32



Int. Cls.: 9 and 42

Prior U.S. Cls.: 26, 38 and 101

## United States Patent and Trademark Office

Reg. No. 1,200,236·
Registered Jul. 6, 1982

### TRADEMARK
### SERVICE MARK
#### Principal Register

## MICROSOFT

Microsoft (partnership)
Suite 819
10800 NE. 8th
Bellevue, Wash. 98004

   For: COMPUTER PROGRAMS, in CLASS 9 (U.S. Cls. 26 and 38).
   First use Nov. 12, 1975; in commerce Nov. 12, 1975.
   For: COMPUTER · PROGRAMMING SER-

VICES, in CLASS 42 (U.S. Cl. 101).
   First use Nov. 12, 1975; in commerce Nov. 12, 1975.

   Ser. No. 236,080, filed Oct. 22, 1979.

B. H. VERTIZ, Primary Examiner

CHERYL LYNNE HENDERSON, Examiner

### Certificate of Correction

Registered July 6, 1982            Registration No. 1,200,236
   Microsoft Corporation, by change of name and assignment from Microsoft
   It is hereby certified that the above identified registration is in error requiring correction as follows:
   In the statement, column 1, before line 1, *Microsoft Corporation (Washington corporation), 10700 Northup Way, Bellevue, Wash. 98004, by change of name and assignment from* should be inserted.
   The said registration should be read as corrected above.
   Signed and sealed this 3rd day of April 1984.



Attest:

**EXHIBIT** 9

33·

**EXHIBIT 10**



Int. Cl.: 16

Prior U.S. Cl.: 38

## United States Patent and Trademark Office

**Reg. No. 1,256,083**
Registered Nov. 1, 1983

### TRADEMARK
Principal Register

# MICROSOFT

Microsoft Corporation (Washington corporation)
10700 Northup Way
Bellevue, Wash. 98004

For: COMPUTER HARDWARE AND SOFT-
WARE MANUALS; NEWSLETTER FEATUR-
ING INFORMATION ABOUT COMPUTER
HARDWARE AND SOFTWARE AND GENER-
AL INFORMATION RELATING TO COMPUT-
ERS FOR MANUFACTURERS, DISTRIBUTORS,
AND USERS OF COMPUTERS AND COMPUT-
ER SOFTWARE; AND COMPUTER DOCUMEN-
TATION—NAMELY, REFERENCE, USER,
INSTRUCTIONAL, AND GENERAL UTILITIES
MANUALS AND DATA SHEETS FOR COM-
PUTER HARDWARE AND SOFTWARE USERS,
in CLASS 16 (U.S. Cl. 38).
First use Nov. 1975; in commerce Nov. 1975.

Ser. No. 373,992, filed Jul. 12, 1982.

J. H. WEBB, Examining Attorney

**EXHIBIT 11**

Prior U.S. 1: 38

Reg. No. 1,475,795

d Feb. 9, 1988

Int. CL: 9

Prior U.S. CL: 38

United States Patent and Trademark Office

Corrected

Reg. No. 1,475,795
Registered Feb. 9, 1988
OG Date June 28, 1988

## TRADEMARK
## PRINCIPAL REGISTER

## POWERPOINT

COMMERC

987.

MICROSOFT CORPORATION (DELA-
WARE CORPORATION)
BOX 97017
16011 NE WAY
RODMOND, WA 930739717, ASSIGNEE
OF FORETHOUGHT, INC. (CALIFOR-
NIA CORPORATION) SUNNYVALE,
CA

FOR: PRERECORDED COMPUTER
PROGRAMS RECORDED ON MAGNET-
IC DISKS, IN CLASS 9 (U.S. CL. 38).
FIRST USE 4-20-1987; IN COMMERCE
4-20-1987.

SER. NO. 669,735, FILED 6-29-1987.

(NING·ATTC



*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on June 28, 1988.*

COMMISSIONER OF PATENTS AND TRADEMARKS

**EXHIBIT** 11
35

Int. Cl.: 9

Prior U.S. Cl.: 38

## United States Patent and Trademark Office

Reg. No. 1,741,086
Registered Dec. 22, 1992



### TRADEMARK
PRINCIPAL REGISTER

## MICROSOFT ACCESS

MICROSOFT CORPORATION (DELAWARE CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FIRST USE 9-19-1985; IN COMMERCE 9-19-1985.
OWNER OF U.S. REG. NOS. 1,200,236, 1,682,075 AND OTHERS.

FOR: COMPUTER PROGRAMS FOR USE WITH DATA BASES AND MANUALS THEREFOR, SOLD AS A UNIT, IN CLASS 9 (U.S. CL. 38).

SER. NO. 74-272,857, FILED 5-6-1992.

KATHLEEN COONEY, EXAMINING ATTORNEY

**EXHIBIT** 12
36

**EXHIBIT 13**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,188,125

Registered Sep. 8, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## OUTLOOK

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399 MICROSOFT COR-PORATION (WASHINGTON CORPORATION)

FOR: COMPUTER PROGRAMS FOR PRO-VIDING ENHANCED ELECTRONIC MAIL AND SCHEDULING CAPABILITIES, FOR USE BY INDIVIDUAL COMPUTER USERS, NAMELY, COMPUTER PROGRAMS FOR MAN-AGING, VIEWING, AND EDITING FILES, DOCUMENTS, ELECTRONIC MAIL MES-SAGES AND PRIVATE NETWORK AND GLOBAL COMPUTER NETWORK COMMUNI-CATIONS; COMPUTER PROGRAMS FOR MEETING AND EVENT SCHEDULING, MAN-AGING GROUP CALENDARS, TASK DELE-GATION AND REPORTING, RECORDING NOTES, TRANSFERRING DATA TO AND FROM DATA BASES AND TO AND FROM COMPUTER PROGRAMS AND COMPUTER FILES; ADDRESS BOOK PROGRAMS, TELE-PHONE DIALING PROGRAMS, PROGRAMS FOR CORRECTING TYPOGRAPHICAL AND CAPITALIZATION ERRORS, PROGRAMS FOR TALLYING VOTING RESPONSES; AND IN-STRUCTION MANUALS THEREFOR SOLD AS A UNIT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-1-1997; IN COMMERCE 1-1-1997.

SN 75-053,439, FILED 2-5-1996.

FRANCES G. SMITH, EXAMINING ATTOR-NEY

EXHIBIT 13
37

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Corrected

Reg. No. 2,999,281

Registered Sep. 20, 2005

OG Date May 16, 2006

## TRADEMARK
## PRINCIPAL REGISTER





MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

THE MARK CONSISTS OF FOUR SQUARE CROSS-SECTION SOLIDS EACH HAVING A GENERALLY SQUARE-SHAPED FRAME EXTENDING OUTWARDLY THEREFROM. COLOR IS CLAIMED AS A PART OF THE MARK. THE UPPER LEFT-HAND FRAME IS RED FADING TO ORANGE AND THE UPPER LEFT-HAND SQUARE IS ORANGE. THE UPPER RIGHT-HAND FRAME AND SQUARE ARE BLUE. THE LOWER LEFT-HAND FRAME AND SQUARE ARE YELLOW. THE LOWER RIGHT-HAND FRAME AND SQUARE ARE GREEN.

FOR: COMPUTER SOFTWARE, NAMELY, COMPUTER SERVER SOFTWARE FOR USE IN REAL-TIME COMMUNICATIONS FEATURING INSTANT MESSAGING, AUDIO, VIDEO AND DATA EXCHANGE, WEB CONFERENCING AND DOCUMENT SHARING; COMPUTER UTILITY PROGRAMS; COMPUTER SOFTWARE DEVELOPMENT PROGRAMS; COMPUTER SECURITY AND AUTHENTICATION SOFTWARE FOR CONTROLLING ACCESS TO AND COMMUNICATIONS WITH COMPUTERS; APPLICATION AND BUSINESS SOFTWARE FOR USE IN WORD PROCESSING, SPREADSHEETS, DATABASE MANAGEMENT, DATA COLLECTION, DATA ANALYSIS, GRAPHICS, CAD/CAM FOR GENERAL USE, PRESENTATION GRAPHICS, EMAIL, CALENDAR, SCHEDULING, MANAGING MAILING ADDRESS, TELEPHONE, EMAIL ADDRESS AND OTHER CONTACT INFORMATION, MAPPING, GEOGRAPHICAL LOCATIONS, ACCOUNTING, CUSTOMER RELATIONSHIP MANAGEMENT, PROJECT MANAGEMENT, DESKTOP PUBLISHING, AND WEB PUBLISHING; COMPUTER SOFTWARE FOR MANIPULATING VIDEO, AUDIO AND GRAPHICS; COMPUTER GAME SOFTWARE; COMPUTER COMMUNICATIONS SOFTWARE FOR MANAGING THE EXCHANGE OF COMMUNICATIONS AND DATA AND INFORMATION OVER COMPUTER NETWORKS, WIRELESS NETWORKS, AND GLOBAL COMMUNICATIONS NETWORKS; COMPUTER COMMUNICATIONS SOFTWARE FOR USE IN

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 16, 2006.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

**EXHIBIT** 14
38



ACCESSING WEBSITES AND EXCHANGING INFORMATION AND DATA AND OBTAINING SERVICES FROM WEBSITES, ALL IN THE FIELDS OF BUSINESS AND BUSINESS MANAGEMENT AND INFORMATION; COMPUTER SOFTWARE FOR USE IN DEVELOPING WEBSITES, OPERATING ELECTRONIC MAIL AND PROVIDING COMPUTER SECURITY; COMPUTER E-COMMERCE SOFTWARE TO ALLOW USERS TO PERFORM ELECTRONIC BUSINESS TRANSACTIONS VIA A GLOBAL COMPUTER NETWORK; COMPUTER SOFTWARE FOR NOTE-TAKING, NAMELY, COMPU-

TER SOFTWARE FOR RECORDING, ORGANIZING, EDITING AND TRANSMITTING INFORMATION IN TYPED, HANDWRITTEN AND VOICE FORMAT; COMPUTER COMMUNICATIONS SOFTWARE FOR ACCESSING WEB MESSAGING AND SHARED DOCUMENTS FROM WEBSITES ON THE INTERNET; AND HOUSE MARK FOR A FULL LINE OF BUSINESS SOFTWARE APPLICATIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-19-2003; IN COMMERCE 2-19-2003.

SER. NO. 78-976,277, FILED 11-25-2002.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 16, 2006.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

**EXHIBIT** 14
38

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

## I. (a) PLAINTIFFS

MICROSOFT CORPORATION, a Washington corporation

## DEFENDANTS

FILED

ARP COMPUTER SOLUTIONS, INC., a California corporation d/b/a COMPUTER CIRCULATION CENTER; and SALAH SOLTANI, an individual

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   King County, WA
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   San Diego County
(IN U.S. PLAINTIFF CASES ONLY.)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Katherine M. Dugdale  (SBN 168014)
Audra M. Mori  (SBN 162850)
PERKINS COIE LLP .
1620 26th St., 6th Fl. - So. Tower , Santa Monica, CA
(310) 788-9900

ATTORNEYS (IF KNOWN)

'08 CV 1026 WQH JMA

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR
(For Diversity Cases Only)   PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Copyright Infringement; Federal Trademark Infringement; False Designation of Origin, False Description and False Representation; Common Law; Unfair Competition; Imposition of a Constructive Trust; and an Accounting; 17 USC § 501; 15 USC § 1114; 15 USC § 1125

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | **PERSONAL INJURY** | **PERSONAL INJURY** | | | |
| [ ] 110 Insurance | [ ] 310 Airplane | [ ] 362 Personal Injury - Medical Malpractice | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reappointment |
| [ ] 120 Marine | [ ] 315 Airplane Product Liability | | [ ] 620 Other Food & Drug | | [ ] 410 Antitrust |
| [ ] 130 Miller Act | | [ ] 365 Personal Injury - Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 423 Withdrawal 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 460 Deportation |
| | | | [ ] 640 R.R. & Truck | [X] 820 Copyrights | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 810 Selective Service |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other | **SOCIAL SECURITY** | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | **LABOR** | [ ] 861 HIA (1395ff) | [ ] 891 Agricultural Acts |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 862 Black Lung (923) | [ ] 892 Economic Stabilization Act |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 864 SSID Title XVI | [ ] 894 Energy Allocation Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motion to Vacate Sentence | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | **HABEAS CORPUS:** | [ ] 740 Railway Labor Act | **FEDERAL TAX SUITS** | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | [ ] 790 Other Labor Litigation | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | [ ] 791 Empl. Ret. Inc. Security Act | | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | | [ ] 871 IRS - Third Party 26 USC 7609 | |
| [ ] 290 All Other Real Property | | [ ] 550 Civil Rights | | | [ ] 890 Other Statutory Actions |
| | | [ ] 555 Prison Conditions | | | |

## VI. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removal from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  [ ] YES  [X] NO

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE _____   Docket Number _____

DATE   June 9, 2008

SIGNATURE OF ATTORNEY OF RECORD   Katherine Dugdale

151720 $350 - TB 06/09/08

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 151720    — MB**

**June 09, 2008
09:43:25**

**Civ Fil Non-Pris**
USAO #.: O8CV1026 CIVIL FILING
Judge..: WILLIAM Q HAYES
Amount.:                $350.00 CK
Check#.: BC69423

**Total—>  $350.00**

FROM: MICROSOFT CORP VS
      ARP COMPUTER SOLUTIONS, ET AL

AO 121 (6/90)

| TO: | | REPORT ON THE |
|---|---|---|
| | Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| x   ACTION          APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT |
|---|---|
| DOCKET NO.<br>08CV1026 WQH(JMA) | DATE FILED<br>06 09 2008 | SOUTHERN DISTRICT OF CALIFORNIA<br>880 Front St., Ste. 4290, San Diego, CA 92101 |

| PLAINTIFF<br>MICROSOFT CORPORATION, a Washington corporation | DEFENDANT<br>ARP COMPUTER SOLUTIONS, INC., a California corporation d/b/a COMPUTER CIRCULATION CENTER; and SALAH SOLTANI, an individual |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1  TX 5-837-617 | Office 2003 Professional | Microsoft Corporation |
| 2  TX 5-837-636 | Excel 2003 | Microsoft Corporation |
| 3  TX 5-900-087 | Outlook 2003 | Microsoft Corporation |
| 4  TX 5-852-649 | PowerPoint 2003 | Microsoft Corporation |
| 5  TX 5-900-088 | Word 2003 | Microsoft Corporation |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |||
|---|---|---|---|
| | Amendment | Answer | Cross Bill | Other Pleading |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK || AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| Order        Judgment | Yes        No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

*U.S. G.P.O. 1982-374-279
AO-121

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| x    ACTION          APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.                DATE FILED | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>880 Front St., Ste. 4290, San Diego, CA 92101 |

| PLAINTIFF | DEFENDANT |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation | ARP COMPUTER SOLUTIONS, INC., a California corporation d/b/a COMPUTER CIRCULATION CENTER; and SALAH SOLTANI, an individual |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | TX 5-837-618 | Publisher 2003 | Microsoft Corporation |
| 2 | TX 5-877-513 | Business Contact Manager for Office Outlook 2003 | Microsoft Corporation |
| 3 | TX 5-901-713 | Access 2003 | Microsoft Corporation |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | Amendment        Answer        Cross Bill | | Other Pleading |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| Order        Judgment | Yes        No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights

*U.S. G.P.O. 1982-374-279
AO-121

AO 120 (Rev. 3/04)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ on the following    Patents or    X   Trademarks:

| DOCKET NO.<br>08CV1026 WQH(JMA) | DATE FILED<br>06/09/2008 | U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA |
|---|---|---|
| PLAINTIFF<br>MICROSOFT CORPORATION, a Washington corporation | | DEFENDANT<br>ARP COMPUTER SOLUTIONS, INC., a California corporation d/b/a COMPUTER CIRCULATION CENTER; and SALAH SOLTANI, an individual |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  1,200,236 | July 6, 1982 | MICROSOFT CORPORATION |
| 2  1,256,083 | Nov. 1, 1983 | MICROSOFT CORPORATION |
| 3  1,475,795 | Feb. 9, 1988 | MICROSOFT CORPORATION |
| 4  1,741,086 | Dec. 22, 1992 | MICROSOFT CORPORATION |
| 5  2,188,125 | Sept. 8, 1998 | MICROSOFT CORPORATION |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | Amendment | Answer | Cross Bill | Other Pleading |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | | |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

In the above-entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

AO-120

AO 120 (Rev. 3/04)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA |
|---|---|---|
| PLAINTIFF<br>MICROSOFT CORPORATION, a Washington corporation | | DEFENDANT<br>ARP COMPUTER SOLUTIONS, INC., a California corporation d/b/a COMPUTER CIRCULATION CENTER; and SALAH SOLTANI, an individual |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  2,999,281 | Sept. 20, 2005 | MICROSOFT CORPORATION |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

AO-120