Audra M. Mori (State Bar No. 162850)
Katherine M. Dugdale (State Bar No. 168014)
Jennifer N. Chiarelli (State Bar No. 212253)
PERKINS COIE LLP
1620 26th Street, Sixth Floor – South Tower
Santa Monica, California 90404
Tel: (310) 788-9900; Fax: (310) 788-3399
E-mail: Amori@perkinscoie.com; Kdugdale@perkinscoie.com; Jchiarelli@perkinscoie.com

Attorneys for Plaintiff MICROSOFT CORPORATION

FILED
2008 JUN -9 AM 9:42
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ YNW _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MICROSOFT CORPORATION, a Washington corporation,

Plaintiff,

v.

ARP COMPUTER SOLUTIONS, INC., a California corporation d/b/a COMPUTER CIRCULATION CENTER; and SALAH SOLTANI, an individual,

Defendants.

Case No. '08 CV 1026 WQH JMA

NOTICE OF PARTY WITH FINANCIAL INTEREST

Civil Local Rule 40.2

Pursuant to Civil Local Rule 40.2, plaintiff Microsoft Corporation ("Microsoft") submits this Notice of Party with Financial Interest. Microsoft does not have a parent corporation and no publicly held company owns 10% or more of Microsoft's stock.

DATED: June 9, 2008

PERKINS COIE LLP

By _____
Katherine M. Dugdale
Attorneys for Plaintiff
MICROSOFT CORPORATION

41826-5023/LEGAL14351763.1

ORIGINAL