1  Audra M. Mori, Bar No. 162850
   AMori@perkinscoie.com
2  Katherine M. Dugdale, Bar No. 168014
   KDugdale@perkinscoie.com
3  Jennifer N. Chiarelli, Bar No. 212253
   JChiarelli@perkinscoie.com
4
   PERKINS COIE LLP
5  1620 26th Street
   Sixth Floor, South Tower
6  Santa Monica, CA 90404-4013
   Telephone: 310.788.9900
7  Facsimile: 310.788.3399

8  Attorneys for Plaintiff
   MICROSOFT CORPORATION
9

10                UNITED STATES DISTRICT COURT

11                SOUTHERN DISTRICT OF CALIFORNIA

12

13 | MICROSOFT CORPORATION, | Case No. 3:08-cv-01026-WQH-JMA
14 |         Plaintiff,      | JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
15 |         v.              |
16 | ARP COMPUTER SOLUTIONS, INC., a California corporation d/b/a COMPUTER CIRCULATION CENTER; and SALAH SOLTANI, an individual, |
17 |                         |
18 |         Defendants.     |

41826-5247/LEGAL14417876.1                              CASE NO. 3:08-CV-01026-WQH-JMA

1  Plaintiff Microsoft Corporation ("Microsoft") and Defendants ARP Computer Solutions,
2  Inc., a California corporation d/b/a Computer Circulation Center, and Salah Soltani, an individual
3  (collectively, "Defendants"), hereby jointly move the Court for an extension of time for
4  Defendants to respond to the Complaint. Defendants are working toward retaining counsel in this
5  matter and accordingly, the parties request an additional twenty days for Defendants to respond to
6  the Complaint. Defendants' response will be due on or before July 21, 2008.

IT IS SO STIPULATED:

DATED: June 25, 2008                        PERKINS COIE LLP

                                            By: /s/ Jennifer N. Chiarelli
                                            Jennifer N. Chiarelli
                                            Attorneys for Plaintiff
                                            MICROSOFT CORPORATION

DATED: June __, 2008                        SALAH SOLTANI


                                            By: _____
                                            Salah Soltani
                                            Defendants ARP COMPUTER SOLUTIONS,
                                            INC. d/b/a COMPUTER CIRCULATION
                                            CENTER and SALAH SOLTANI

1  Plaintiff Microsoft Corporation ("Microsoft") and Defendants ARP Computer Solutions,
2  Inc., a California corporation d/b/a Computer Circulation Center, and Salah Soltani, an individual
3  (collectively, "Defendants"), hereby jointly move the Court for an extension of time for
4  Defendants to respond to the Complaint. Defendants are working toward retaining counsel in this
5  matter and accordingly, the parties request an additional twenty days for Defendants to respond to
6  the Complaint. Defendants' response will be due on or before July 21, 2008.

7
8  IT IS SO STIPULATED:
9
10 DATED: June __, 2008                    PERKINS COIE LLP
11                                         By: _____
12                                             Jennifer N. Chiarelli
                                               Attorneys for Plaintiff
                                               MICROSOFT CORPORATION
13
14 DATED: June 26 2008                     SALAH SOLTANI
15
16                                         By: _____
17                                             Salah Soltani
                                               Defendants ARP COMPUTER SOLUTIONS,
                                               INC. d/b/a COMPUTER CIRCULATION
18                                             CENTER and SALAH SOLTANI

41826-5247/LEGAL14417876.1          -2-          CASE NO. 3:08-CV-01026-WQH-JMA