```
 1
    Gregory P. Konoske, SBN: 095393
 2  **SHIFFLET, KANE & KONOSKE, LLP**
    16880 West Bernardo Drive, Suite 250
 3  San Diego, CA 92127-1615
    Telephone: (858) 385-0871
 4  Facsimile: (858) 613-0871
    E-Mail: gkonoske@shiffletlaw.com
 5
 6  Attorneys for Defendants, ARP COMPUTER SOLUTIONS, INC., a
    California Corporation dba Computer Circulation Center and SALAH
 7  SOLTANI
```

 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARP COMPUTER SOLUTIONS, INC., a California Corporation d/b/a COMPUTER CIRCULATION CENTER; and SALAH SOLTANI, an individual,<br><br>　　　　Defendants. | **Case No. 08-CV-1026-WQH-JMA**<br><br>**ANSWER TO COMPLAINT**<br><br>**(DEMAND FOR JURY)**<br><br>**Complaint filed: June 9, 2008** |

19    COME NOW, DEFENDANTS, ARP COMPUTER SOLUTIONS, INC., a
20 California Corporation dba Computer Circulation Center and SALAH
21 SOLTANI, and answer the Complaint on file herein for themselves
22 alone and no others as follows:

23                                **I.**

24    ANSWERING PARAGRAPHS 2, 4, 5, 6, and 10, these answering
25 defendants admit the allegations contained therein.

26                                **II.**

27    ANSWERING PARAGRAPHS 1, 7, 8, 8a, 8b, 8c, 8d, 8e, 8f, 8g, 9,
28 9a, 9b, 9c, 9d, 9e, 9f, 12, 19, 28, 29, and 39, these answering

Defendants lack sufficient information and belief upon which to admit or deny the allegations contained therein and on that basis, deny.

**III.**

ANSWERING PARAGRAPHS 3, 11, 13, 14, 15, 16, 17, 20, 21, 22, 23, 24, 25, 27, 30, 31, 32, 33, 34, 35, 36, 37, 40, 41, 42, 43, 45, 46, 47, 49, 50, 51, 52, 54, 55, and 56, these answering defendants deny the allegations contained therein.

AS AND FOR A SEPARATE AND DISTINCT FIRST AFFIRMATIVE DEFENSE TO THE COMPLAINT, these answering defendants allege that any alleged infringement, if at all, was done by mistake or inadvertence.

AS AND FOR A SEPARATE AND SECOND AFFIRMATIVE DEFENSE, these answering Defendants state that they have never knowingly installed any infringing program on any computer sold to the general public.

AS AND FOR A SEPARATE AND THIRD AFFIRMATIVE DEFENSE, these answering Defendants have never knowingly infringed upon Microsoft Corporation's patents or licenses.

AS AND FOR A SEPARATE AND FOURTH AFFIRMATIVE DEFENSE, these answering Defendants allege that they have not knowingly engaged in unfair competition.

AS AND FOR A SEPARATE AND FIFTH AFFIRMATIVE DEFENSE, these answering Defendants allege that all acts of any defendant were without knowledge and thus not willful or intentional and thus not subject to enhanced damages.

AS AND FOR A SEPARATE AND SIXTH AFFIRMATIVE DEFENSE, these answering Defendants allege that all installations of Microsoft products were done pursuant to licenses obtained from plaintiffs' authorized distributors.

AS AND FOR A SEPARATE AND SEVENTH AFFIRMATIVE DEFENSE, these answering Defendants allege that the complaint on file fails to state facts sufficient to constitute a cause of action.

AS AND FOR A SEPARATE AND EIGHTH AFFIRMATIVE DEFENSE, these answering Defendants allege that the technology and material use in the products marketed by these answering defendants are within the public domain, and are not sufficiently unique so as to be subject to protection by patent or trademark.

AS AND FOR A SEPARATE AND NINTH AFFIRMATIVE DEFENSE, these answering Defendants allege that any infringement or delusion was inadvertent and innocent.

AS AND FOR A SEPARATE AND TENTH AFFIRMATIVE DEFENSE, these answering Defendants reserve the right to allege any additional affirmative defenses not presently known or realized.

WHEREFORE, these answering Defendants pray for judgment as follows:

1. That plaintiff take nothing by way of its action;
2. That Defendants be awarded reasonable cost of suit incurred herein;
3. That Defendants be awarded attorney fees in defending this action and;
4. For such other and further relief as this court may deem just and proper.

Dated: July 21, 2008         SHIFFLET, KANE & KONOSKE, LLP

By: */s/ Gregory P. Konoske*
Gregory P. Konoske, Esq.
Attorney for Defendants,
ARP COMPUTER SOLUTIONS, INC. and
SALAH SOLTANI
gkonoske@shiffletlaw.com

**DEMAND FOR JURY**

Pursuant to FRCP 38(b) and L.R. 38.1, these answering Defendants demand Trial by Jury on those issues to which there is a legal right to Trial by Jury.

Dated: July 21, 2008          SHIFFLET, KANE & KONOSKE, LLP

By: */s/ Gregory P. Konoske*
    Gregory P. Konoske, Esq.
    Attorney for Defendants,
    ARP COMPUTER SOLUTIONS, INC. and
    SALAH SOLTANI
    gkonoske@shiffletlaw.com

**MICROSOFT CORPORATION v. ARP COMPUTER SOLUTIONS, INC., ET AL.**
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA
Case No.: 08-CV-1026-WQH-JMA

**PROOF OF SERVICE**

I, GREGORY P. KONOSKE, declare as follows:

I am over the age of eighteen years and not a party to the within entitled action. I am employed in the County of San Diego, State of California, within which county and state the subject mailing occurred. My business address is 16880 West Bernardo Drive, Suite 250, San Diego, California 92127.

On **July 21, 2008,** I served the following document(s) described as: **ANSWER TO COMPLAINT (DEMAND FOR JURY)** on the interested parties in this action by placing a true copy thereof as follows:

| | |
|---|---|
| **Audra M. Mori, Esq.** | Attorney for Plaintiff, |
| **Katherine M. Dugdale, Esq.** | **MICROSOFT CORPORATION** |
| **Jennifer N. Chiarelli, Esq.** | **Tel: (310) 788-9900** |
| **PERKINS COIE, LLP** | **Fax: (310) 788-3399** |
| **1620 26th Street, Sixth Floor South Tower** | |
| **Santa Monica, CA 90404** | |

[ ]  **BY MAIL.**  I am readily familiar with the business practices at my place of business for collection and processing of correspondence for mailing with the United States Postal Service and the correspondence shall be deposited with the United State Postal Service this same day in the ordinary course of business pursuant Code of Civil Procedure §1013(a).

[ ]  **BY PERSONAL DELIVERY.**  I caused each envelope to be hand delivered to the each addressee leaving said envelope with either the addressee directly or another person at that address authorized to accept service on the addressee's behalf.

[ ]  **BY FACSIMILE TRANSMISSION.**  The counsel or interested party authorized to accept service, by whose name an **asterisk (*)** is placed, was also forwarded a copy of said document(s) by facsimile transmission at the telefax number corresponding with his name and address on the attached service list.

[**X**]  **BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM.**  In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(ies) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF System.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 21st day of July at San Diego, California.

                                        */s/ Gregory P. Konoske*
                                           GREGORY P. KONOSKE