UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, etc., ) | Case No. 08-CV-1026-WQH (JMA) |
| ) | |
| Plaintiff, ) | **ORDER CONTINUING EARLY NEUTRAL** |
| ) | **EVALUATION CONFERENCE** |
| v. ) | |
| ) | |
| ARP COMPUTER SOLUTIONS, INC., ) | |
| etc.; and SALAH SOLTANI, etc., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Due to a change in the Court's calendar, the Early Neutral Evaluation Conference currently scheduled to be held on September 5, 2008 at 10:00 a.m. is hereby VACATED. Instead, an Early Neutral Evaluation Conference will be held on **September 15, 2008** at **2:00 p.m.** in the chambers of Magistrate Judge Adler. The remaining provisions of the Court's July 22, 2008 Order shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED: August 11, 2008

Jan M. Adler
U.S. Magistrate Judge

08cv1026